**Opinion issued July 24, 2014.**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-14-00303-CR

————————————

### IN RE KENNETH WAYNE JEROME, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Kenneth Wayne Jerome, has filed a petition for writ of mandamus, seeking to compel the trial court to rule on relator's motion related to DNA testing.[1]

---

[1] The underlying case is *State of Texas v. Kenneth Wayne Jerome*, No. 1233728, in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish.   TEX. R. APP. P. 47.2(b).